AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED

JUL 26 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

(1) LG Verizon Cellular Telephone, FCC ID Number L6ARBS20CW and (2) Samsung Cellular Telephone Model SCH-R390 FCC identifying number A3LSCHR390A.

Case No. 13-MJ-184-PJC

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Oklahoma_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A": (1) LG Verizon Cellular Telephone, FCC ID Number L6ARBS20CW and (2) Samsung Cellular Telephone Model SCH-R390 FCC identifying number A3LSCHR390A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B":

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____Paul J. Cleary_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 7/12/2013 2:20 PM

*Judge's signature*

City and state: Tulsa, Oklahoma

U.S. Magistrate Judge Paul J. Cleary
*Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 13-MJ-184-PJC | Date and time warrant executed: <br> 07/25/13  1:00 PM | Copy of warrant and inventory left with: <br> IN CASE FILE |
| Inventory made in the presence of : <br> JARROD LAMBORN |||
| Inventory of the property taken and name of any person(s) seized: <br><br> ELECTRONIC DATA LEFT IN CASE FILE |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/26/13

Brian L. Comfort
*Executing officer's signature*

TFO BRIAN L. COMFORT
*Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

## ATTACHMENT "A"

### *Item to be Searched*

The properties to be searched are a **(1) LG Verizon Cellular Telephone, FCC ID Number L6ARBS20CW and (2) Samsung Cellular Telephone Model SCH-R390 FCC identifying number A3LSCHR390A.** These devices are currently located in DEA evidence storage in Tulsa, Oklahoma.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT "B"

### *Items to be Seized*

1. All records on the Device described in Attachment "A" that relate to violations of 21 U.S.C. §§ 841(a)(1) and 846 and involve FERNANDO PALACIOS including:

    a. Pictures, video recordings, electronic messages, including, but not limited to, text messages and voicemails;

    b. lists of customers and related identifying information;

    c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    d. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    e. any information recording schedules or travel;

    f. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as voice recordings, logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

1